KINNEY, Respondent, v. HOLBROOK, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1896.) Action by Charles Kinney against Josiah Holbrook. No opinion. Judgment affirmed, with costs.

KOHN, Respondent, v. HAMBURG–AMERICAN PACKET CO., Appellant. (City Court of New York, General Term. November 30, 1896.) Action by Sara Kohn against the Hamburg-American Packet Company. Julius J. Frank, for appellant. Mashbir & Cukor, for respondent.

CONLAN, J. Appeal from an order denying a motion for leave to amend an answer. The order appealed from is reversed, and the defendant is allowed to amend his answer on payment of the costs and disbursements to date, and stipulating that the plaintiff may discontinue, within five days after the service of the said amended answer, without costs, if she so desire. Order reversed.

LAYMAN, Appellant, v. ANDERSON et al., Respondents (two cases). (Supreme Court, Appellate Division, First Department. January 15; 1897.) Actions by John M. Layman against John Anderson & Co. No opinion. Reargument directed of appeal from order of October 26, 1895, granting new trial upon the trial justice's minutes. Order of reversal entered April 24, 1896, and judgment which followed same entered May 26, 1896, and all proceedings thereunder vacated.

In re LORD'S ESTATE. (Supreme Court, Appellate Division, First Department. December 18, 1896.) No opinion. Order affirmed, with $10 costs and disbursements.

LUDWIG et al. v. LAZARUS et al. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Action by Bernhard J. Ludwig and others against Sarah Lazarus and others. No opinion. Motion denied. See 41 N. Y. Supp. 773.

LUKENS IRON & STEEL CO., Respondent, v. PAYNE et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1897.) Action by the Lukens Iron & Steel Company against Benjamin N. Payne and David W. Payne. No opinion. Order appealed from affirmed, with $10 costs and disbursements.

McDOWELL, Respondent, v. DECKER et al., Appellants (two cases). (Supreme Court, Appellate Division, Second Department. January 12, 1897.) Actions by John McDowell against John P. Decker, James Kerr and Abigail J. Decker. No opinion. Motion to dismiss appeal denied, without costs, with leave to renew the same upon the hearing of the appeal from the judgment.

McGILLIS et al. v. McGILLIS et al. (Supreme Court, Appellate Division, Third Department. January 12, 1897.) Action by Robert A. McGillis and others against Ewen McGillis and others. No opinion. Motion for leave to go to the court of appeals denied. See 42 N. Y. Supp. 921.

McGOWN, Respondent, v. McGOWN, Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Action by Henry P. McGown, Jr., against Mary E. McGown. L. E. Pendergast, for appellant. C. Blandy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

McGOWN v. McGOWN. (Supreme Court, Appellate Division, First Department. December 18, 1896.) Action by Henry P. McGown, Jr., against Mary E. McGown. No opinion. Motion denied. See supra.

MACK, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1896.) Action by John J. Mack against Robert H. Anderson. No opinion. Judgment affirmed, with costs. See 33 N. Y. Supp. 208.

McKAY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1896.) Action by Donald McKay against the New York Central & Hudson River Railroad Company. No opinion. Order appealed from affirmed, with $10 costs and disbursements.

McMAHON et al., Appellants, v. SMITH, Respondent. (City Court of New York, General Term. December 12, 1896.) Action by Dennis McMahon and others against John Smith. D. McMahon, for appellants. A. M. Clute, for respondent.

PER CURIAM. The judgment herein is affirmed for the reason assigned by the trial justice in his opinion. 39 N. Y. Supp. 826.

McMATH, Respondent, v. O'CONNOR, Appellant. (Supreme Court, Appellate Division, Second Department. December 22, 1896.) Action by Ellen McMath against James O'Connor. Robert S. Pelletreau, for appellant. Walter H. Jaycox, for respondent.

PER CURIAM. We concede the rule, as claimed by the appellant, that to establish a gift causa mortis the evidence must be clear, convincing, strong, and satisfactory. We think that the plaintiff's claim is fairly established, by the proof, within the rule cited, and the transaction was a natural and reasonable one, considering the circumstances of the parties. It evidently was the intention of the testator to give Carll Nilson only the sum of $1,000 and his real estate. The remainder of his property he bequeathed to his wife. It appears that, subsequent to the execution of his will, the testator gave Nilson the $1,000 in money, and conveyed to him, by deed, the real estate. He thus, during his life, extended his bounty to Nilson to the same extent that he had intended to provide for him by his will. It was natural that the testator, when he found his wife at the point of death, should have transferred his bank books to the plaintiff, his sister and only relative. If, by this transfer, his estate is so depleted that there is nothing to apply to the claims of creditors or his funeral expenses (which is asserted in the briefs, but which we do not find in the